Gerald W. LeBeau, 14-01049
Name and Prisoner/Booking Number

Pennington County Jail
Place of Confinement

307 St. Joe, St
Mailing Address

Rapid City, SD 57701
City, State, Zip Code

**FILED**
**AUG 04 2015**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
_Western_ DIVISION

Gerald Wayne LeBeau,
(Full Name of Plaintiff)

Plaintiff,

vs.

U.S. Marshall John Doe (#1),
U.S. Marshall John Doe (#2),
Assistant U.S. Attorney Ted McBride (#3)
Honorable Karen E. Schrier (#4)
(Full Name of Each Defendant)

Defendants.

Case No. 15-5057
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

■ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ■ Other: (Please specify.) Art I, 1868 Ft. Laramie Treaty "Bad Men Clause"

2. Name of Plaintiff: Gerald Wayne LeBeau
   Present mailing address: Pennington County Jail 307 St. Joe St, Rapid City, SD 57701
   (Failure to notify the Court of any change of address may result in dismissal of this action.)

   Institution/city where violation occurred: Federal Courthouse Rapid City, SD

---

DSD 01-11   **CIVIL RIGHTS COMPLAINT**   Page 1 of 7

3. Name of first Defendant: John Doe (1). The first Defendant is employed as: U.S. Marshell Service (Position and Title) at Federal Courthouse, Rapid City, SD (Institution)
This Defendant is sued in his/her: ■ individual capacity ■ official capacity (check one or both)
Explain how this Defendant was acting under color of law: Acting in the official capacity as a U.S. Marshall under color of federal law.

4. Name of second Defendant: John Doe (2). The second Defendant is employed as: U.S. Marshall Service (Position and Title) at Federal Courthouse, Rapid City, SD. (Institution)
This Defendant is sued in his/her: ■ individual capacity ■ official capacity (check one or both)
Explain how this Defendant was acting under color of law: Acting in the official capacity as a U.S. Marshall under color of federal law.

5. Name of third Defendant: Ted McBride (3). The third Defendant is employed as: Assistant U.S. Attorney (Position and Title) at Federal Courthouse, Rapid City, SD. (Institution)
This Defendant is sued in his/her: ■ individual capacity ■ official capacity (check one or both)
Explain how this Defendant was acting under color of law: Acting in the official capacity as a Assistance U.S. Attorney under color of federal law.

6. Name of fourth Defendant: Honorable Karen Schrier (4). The fourth Defendant is employed as: Chief U.S. District Court Judge (Position and Title) at Federal Courthouse, Rapid City, SD. (Institution)
This Defendant is sued in his/her: ■ individual capacity ■ official capacity (check one or both)
Explain how this Defendant was acting under color of law: Acting in the official capacity as a United States District Judge under color of law.

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ■ Yes ☐ No

2. If your answer is "yes," how many lawsuits have you filed? __1__. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: Gerald Wayne LeBeau

---

CIVIL RIGHTS COMPLAINT

DSD 01-11　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 7

Defendants: _Pennington County Jail, Rapid City, SD and United States Marshall Service, Rapid City, SD_

b. Court: (If federal court, identify the district; if state court, identify the county.) _District of South Dakota Western Division_
c. Case or docket number: _5:14-CV-05041-KES_
d. Claims raised: _Fail to State a Claim_

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending? _Dismissed, No appeal, Not pending_
f. Approximate date lawsuit was filed: _7-24-14_
g. Approximate date of disposition: _1-6-15_

4. Second prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

5. Third prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: _____
   d. Claims raised: _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): Article I 1868 Ft. Laramie Treaty Violation under the "Bad Men Clause"

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   United States District Judge, Karen E. Schriver (4) Assistance U.S. Attorney Ted McBride (3) allowed U.S. marshall's John Doe(1),(2) to deliberate indifference, maliciously/sadistically, deprivation of the right of bodily liberty, and atypical and significant hardship. Restraints were unlawful in the matter that they were applied, dangerous, painful or injurious, degrading done for a punitive or retaliatory purpose, or continued for longer then safety required. Used force while under the color of federal law, by assaulting plaintiff by slamming his face down on the courtroom table (courtroom video will support his claim), crushing plaintiff's cheekbone as well as pulling the feet shackles out from under plaintiff while "hog-tied" inflicting pain and suffering and leg/arm cuffs were to tight causing great pain. Marshall's then carried plaintiff out of courtroom meant to instill fear/pain. Being "hog-tied" plaintiff posed NO TREAT yet plaintiff was viciously assaulted requiring medical attention for said injurious.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   Plaintiff suffered crush cheekbone, black eye, cut above the eye, both wrist and ankles are bruised and the left side of wrist and ankle plaintiff has no feelings.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                     ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I?     ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. District Court will be administrative remedy before Court of Federal Claims

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

Plaintiff seeks compensatory damages against U.S. Marshall's John Doe (1),(2) and U.S. Attorney Ted McBride (3) / Judge Karen E. Schrier (4) individual capacities in the amount of $100,000 each.

Plaintiff seeks compensatory damages against U.S. Marshall's John Doe (1),(2) and U.S. Attorney Ted McBride (3) / Judge Karen E. Schrier (4) official capacities in the amount of $100,000 each.

Plaintiff seeks punitive damages against U.S. Marshall's John Doe (1),(2), and U.S. Attorney Ted McBride (3) / Judge Karen E. Schrier (4) individual capacities in the amount of $100,000 each.

Plaintiff seeks punitive damages against U.S. Marshall's John Doe (1),(2), and U.S. Attorney Ted McBride (3) / Judge Karen E. Schrier (4) official capacities in the amount of $100,000 each.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-31-15                    Gerald LeBeau
           DATE                         SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.